# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155211 & (15)(16)

_____

*In re* GUARDIANSHIP OF
ISABELLA MAE MONTGOMERY

_____

CHARLENE WOOTEN and STEVEN WOOTEN,
     Petitioners-Appellants,

v

                                       SC:  155211
                                       COA:  336450
                                       Allegan Probate Ct:
                                       15-055259-GM

TOBIAS MONTGOMERY, Guardian of
ISABELLA MAE MONTGOMERY,
     Respondent-Appellee.

_____/

On order of the Court, the motion for immediate consideration and the motion to waive the requirements of MCR 7.305(I) are GRANTED.  The application for leave to appeal the January 10, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk

s0214